**FILED**
**JUL 2 2 2021**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JAMES E. HYGRADE, )<br>)<br>Defendant. ) | CRIMINAL NO. 21-30110-DWD<br><br>Title 18<br>United States Code,<br>Section 922(g) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

#### FELON IN POSSESSION OF A FIREARM

On or about December 13, 2019, in St. Clair County, Illinois, within the Southern District of Illinois,

**JAMES E. HYGRADE,**

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, namely: Trafficking in the Second Degree on or about October 28, 2011 in Case No. 1022-CR04612, in the 22nd District Court for Saint Louis, Missouri, did knowingly possess a firearm, to wit: Ruger LCP .380 caliber semi-automatic firearm bearing serial number 37164752, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

#### FORFEITURE OF FIREARMS ALLEGATION

Upon conviction of the offense alleged in Counts 1 and 2 of this Indictment,

**JAMES E. HYGRADE ,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used

in any knowing violation of the offenses described in Counts 1 and 2 of this Indictment, including but not limited, to the following: Ruger LCP .380 caliber semi-automatic firearm bearing serial number 37164752, any and all ammunition contained therein.

**A TRUE BILL**

_Alex B._
ALEXANDRIA M. BURNS
Assistant United States Attorney

_Steven Weinhoeft_ Digitally signed by STEVEN WEINHOEFT
Date: 2021.07.20 18:44:31 -05'00'

STEVEN D. WEINHOEFT
United States Attorney