IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 21-cr-30110-DWD |
| JAMES E. HYGRADE, | ) |
| Defendant. | ) |

### ORDER DISMISSING CASE

**DUGAN, District Judge:**

On July 22, 2021, Defendant James E. Hygrade was indicted for possession of a firearm by a previously convicted felon by a grand jury sitting in the Southern District of Illinois. By motion dated April 25, 2022, the United States moves to dismiss the indictment against Hygrade because he has already pleaded guilty to a similar charge in the Circuit Court in Saint Clair County, Illinois. (Doc. 22). Federal Rule of Criminal Procedure 48 permits dismissal of an indictment by the Government before trial with leave of court. For good cause shown, the motion to dismiss filed by the United States (Doc. 22) is **GRANTED**. This action is **DISMISSED without prejudice**. The Clerk of Court shall close this case.

**SO ORDERED.**

Dated: April 26, 2022

DAVID W. DUGAN
United States District Judge